UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:11cr00245 |
| | ) | Chief Judge Haynes |
| KEITH ERIC SALMON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO STRIKE DOCKET ENTRIES 26 AND 27

[Handwritten annotation: Granted. The motion as to granted and the motion CD/C No 26) is Denied as moot. [signature] 10-21-13]

COMES NOW the United States of America, by and through David Rivera, Acting United States Attorney for the Middle District of Tennessee, and Debra T. Phillips, Assistant United States Attorney, and asks that the Court strike its Motion for Preliminary Order of Forfeiture at Docket Entry 26 and Memorandum in Support at Docket Entry 27 for the reason that circumstances have changed since the Motion and Memorandum were filed. An Amended Motion for Preliminary Order of Forfeiture and Memorandum in Support incorporating the current circumstances is filed contemporaneously herewith.

WHEREFORE, the United States prays that this Court strike the Motion for Preliminary Order of Forfeiture filed at Docket Entry 26 and Memorandum in Support filed at Docket Entry 27.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney

By: /s Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant U.S. Attorney
110 Ninth Avenue, South, Suite A-961